**RECEIVED**
DEC 30 2015 SA4
12-30-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Steven Podkulski

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

15cv11870
Judge Andrea R. Wood
Magistrate Judge Daniel G. Martin
PC1

vs.      Case No: (To be supplied by the Clerk of this Court)

(A) DIRECTOR MCNEAL HOSPITAL, (B) JOHN DOE MCNEAL DR, (C) JOHN DOE BEDFORD PARK, DETECTIVE, (D) JOHN DOE BEDFORD PARK DET, (E) BEDFORD PARK POLICE DEPT, (F) CITY OF BEDFORD PARK, (G) JANE DOE MENTAL HEALTH IDOC, (H) JANE DOE NURSE IDOC, (I) JOHN DOE HEALTH CARE DIRECTOR PROVIDER, (J) ADA JOHNSON, (K) JOHN DOE PRB SUPERVISOR, (L) WILLIAM MERRITT STATES ATTORNEY, (M) S.A. GODINEZ DIRECTOR IDOC

(Enter above the full name of ALL
defendants in this action. **Do not**
use "et al.")

CHECK ONE ONLY:

__X__  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants) AND 42 SECTION 1985
AND 28 U.S.C §1350

_____  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____  OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

-1-

I.  **Plaintiff(s):**

   A. Name: Steve Podkulski

   B. List all aliases: _____

   C. Prisoner identification number: #89829

   D. Place of present confinement: Livingston County Jail

   E. Address: 844 W. Lincoln St Pontiac, IL 61764

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**

   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: JOHN DOE

      Title: DIRECTOR/PROVIDER

      Place of Employment: MCNEAL HOSPITAL

   B. Defendant: JOHN DOE

      Title: DOCTOR

      Place of Employment: MCNEAL HOSPITAL

   C. Defendant: JOHN DOE

      Title: DETECTIVE

      Place of Employment: BEDFORD PARK POLICE DEPT

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

D. Defendant: JOHN DOE
Title: DETECTIVE
Place of Employment: BEDFORD PARK POLICE DEPT

E. Defendant: BEDFORD PARK POLICE DEPT
Title: POLICE DEPT
Place of Employment: BEDFORD PARK POLICE

F. Defendant: BEDFORD PARK
Title: CITY
Place of Employment: BEDFORD PARK ILLINOIS

G. Defendant: JANE DOE
Title: MENTAL HEALTH WORKER
Place of Employment: STATEVILLE - IDOC

H. Defendant: JANE DOE
Title: NURSE
Place of Employment: STATEVILLE - IDOC

I. Defendant: JOHN DOE
Title: DIRECTOR / HEALTH CARE PROVIDER
Place of Employment: STATEVILLE - IDOC

J. Defendant: ADA JOHNSON
Title: FIELD SERVICES
Place of Employment: STATEVILLE - IDOC

K. Defendant: JOHN DOE
Title: PRB SUPERVISOR
Place of Employment: PRB - SPRINGFIELD IL

-3-

L. Defendant: WILLIAM MERRITT

Title: STATES ATTORNEY

Place of Employment: BRIDGEVIEW COURT HOUSE

M. Defendant: S.A. GODINEZ

Title: DIRECTOR - IDOC

Place of Employment: IDOC - SPRINGFIELD IL.

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

I ASK THIS COURT TO LIST MY CASES BECAUSE I SIMPLY DONT KNOW THEM, PLEASE.

A. Name of case and docket number: AT LEAST 12 CASES. I DONT KNOW CASE#S OR WHEN OR WHAT COURT.

B. Approximate date of filing lawsuit: FROM 2003-2014

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: UNKNOWN

D. List all defendants: UNKNOWN

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHEAST ILLINOIS + NORTHWEST ILLINOIS

F. Name of judge to whom case was assigned: UNKNOWN

G. Basic claim made: 1ST, 6TH, 8TH, 14TH AMENDMENT VIOLATIONS

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): SETTLED + DISMISSED.

I. Approximate date of disposition: UNKNOWN 2003-2014

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

# STATEMENT OF CLAIM

**CLAIM #1:** On 10-22-14 I was transported to McNeal Hospital, upon arrival John Doe Dr (B) talked to John Doe Detectives (C-D) John Doe Dr (B) asked Detectives (C-D), "What should I give him for medications?" John Doe Detectives (C-D) said "Dont give him anything, we dont want to have to medicate him at the jail." John Doe Dr (B) said "OK". I was supposed to be on diabetic, seizure, psych, and high blood pressure meds. John Doe Dr (B) conspired with Detectives (C-D) to enjure I suffered and didnt get my diabetic, seizure, psych, blood pressure, or pain meds. Placing me in serious medical danger, of permanant damage.

    I told John Doe Dr (B) I was suicidal. John Doe Medical Director of McNeal Hospital (A) had a duty to properly train staff, which they didnt. Medical policy; when you inform anyone of suicidal thoughts, is to put you under observation until cleared by psychiatrist. Defendants (B, C, D) told me "we dont care" I began to yell, I was suicidal. John Doe Detectives (C-D) began to choke, punch my body + head, and twist my arms. John Doe Dr (B) asked Detectives (C-D) "Do you want me to let him see psych?" and were told "No; we need to get him back to the station." Detectives (C-D)

- Defendants; McNeal Hospital Director (A), Bedford Park Police (E), and City of Bedford Park (F) failed to train staff, and unwritten policies.
- Defendants; John Doe Dr (B), and John Doe Detectives (C-D) worked in consort to violate and ignore my civil rights.

- Violating my 8th and 14th Amendments to U.S.C.

-6-

CLAIM #2: ON 10-22-14 I WAS FORSIBLY REMOVED FROM IDOC. BY BEING HOG TIED AND PUT ONTO A PROPERTY CART.

I TOLD JANE DOE MENTAL HEALTH WORKER (G) I WAS SUICIDAL. SHE HAD A DUTY TO HAVE ME PLACED UNDER OBSERVATION, UNTIL I COULD BE EVALUATED BY A PSYCHIATRIST. SHE SAID "I AM NOT DOING ANYTHING FOR YOU."

I TOLD JANE DOE NURSE (H) I DID NOT HAVE MY NEEDED MEDICATIONS AND THAT I WAS IN EXTREME PAIN. SHE SAID "I DONT CARE."

JOHN DOE MEDICAL DIRECTOR/PROVIDER FAILED TO PROPERLY TRAIN STAFF ON HOW TO DEAL WITH SUICIDAL PEOPLE, AND WERE RESPONSIBLE FOR PROVIDING (OR IN THIS CASE FAILING TO PROVIDE) PLAINTIFF WITH A TWO WEEK SUPPLY OF NEEDED MEDICATIONS ON MY RELEASE DATE. NOT PROVIDING ME WITH THESE IMPORTANT MEDICATIONS PUT ME IN MEDICAL DANGER.

I AM UNSURE OF THE LAW, BUT AT THE POINT I INTERACTED WITH DEFENDANTS (G,H,I) I BELIEVE I WAS NO LONGER AN INMATE, AND ENTITLED TO AN AMBULANCE

DEFENDANTS (G,H,I) JANE DOE MENTAL HEALTH (G) JANE DOE NURSE (H), AND JOHN DOE MEDICAL DIRECTOR/PROVIDER (I). EXHIBITED EXTREME DELIBERATE INDIFFERANCE TO A SERIOUS MEDICAL NEEDS.

VIOLATING MY 8TH, AND 14TH AMENDMENTS TO. U.S.C.

CLAIM #3: I WAS UP FOR MSR ON 10-22-14. BUT I REFUSED TO SIGN THE CONTRACTS. I WANTED TO SERVE MY MSR IN CUSTODY, REFUSAL TO SIGN SHOULD HAVE PUT ME BACK IN CELL, THEREBY AVOIDING ARRESST THAT WAS OUTSIDE PRISON. THIS IS NOT HECK V. HUMPHREY. I HAD THE RIGHT TO STAY IN CUSTODY AND DO MY MSR. DEFENDANTS WOULD NOT LET ANYTHING STOP THIS ARRESST, EVEN IF IT MEANT KIDNAPPING ME. THE LEGAL THING TO DO, WAS TO GET A COURT WRIT! ADA JOHNSON (J) FALSIFIED MY MSR/PRB PAPERS. JOHN DOE PRB CHAIR (K) FAILED TO TRAIN WHAT TO DO WHEN SOMEONE REFUSES TO SIGN CONTRACT. S.A. GODINEZ (M) WAS INVOLVED IN TALKS WITH DEFENDANTS WILLIAM MERRITT (L), AND BOTH JOHN DOE DETECTIVES (C-D) AS REPORTED IN NEWSPAPER. ALL OF THIS WAS PRE ARRANGED BY CONSPIRING DEFENDANTS.

① Samson - 547 U.S. at 850-852
* ② Powell - 217 Ill. 2d at 128    - DID EXACTLY WHAT I TRIED TO DO!
③ Kelkhoff - 86 F.3d at 1447
④ Wilson - 228 Ill. 2d at 47-48

DEFENDANTS; ADA JOHNSON (J), JOHN DOE PRB CHAIR (K) S.A. GODINEZ (M), CONSPIRED WITH; WILLIAM MERRITT (L) AND JOHN DOE DETECTIVES (C-D). VIOLATING MY 1ST, 6TH, 8TH, AND 14TH AMENDMENTS TO. U.S.C.

LET ME BE VERY CLEAR, I ONLY WANT TO FILE ONE COMPLAINT, SO IF 1983 + 1985 MUST BE SEPERATE I LEAVE IT TO THE COURT TO DECIDE WHICH ONE THIS IS.

-8-

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

EACH INDIVIDUAL DEFENDANT IS SUED INDIVIDUALLY AND IN THERE OFFICIAL CAPACITIES, JOINT AND SEVERALLY. PLAINTIFF SEEKS $500,000.00 IN COMPENSATORY DAMAGES AND $1,000,000.00 IN PUNATIVE DAMAGES JOINT AND SEVERALLY

VI.  The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 18TH day of DECEMBER, 20 15

_____
(Signature of plaintiff or plaintiffs)

STEVEN PODKULSKI
(Print name)

#B9829
(I.D. Number)

844 West Lincoln ST
Pontiac IL 61764
(Address)

-9-